LEO JAY ROSS, PLAINTIFF-RESPONDENT, v. IRVING LEWIN, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 83 *N. J. Super.* 420.

*Mr. Irving Lewin, in propria persona.*

*Mr. Lewis C. Stanley* for the respondent.

September 14, 1964.

BIBLE PRESBYTERIAN CHURCH OF COLLINGSWOOD, IN-CORPORATED, *ET AL.*, PLAINTIFFS-PETITIONERS, v. HARVEY CEDARS BIBLE CONFERENCE, INC., DEFEND-ANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 84 *N. J. Super.* 441.

*Mr. W. Louis Bossle* for the petitioners.

*Messrs. Archer, Greiner, Hunter & Read* for the respondent.